No. 73–5209. CEDARGREEN v. BETO, CORRECTIONS DI-
RECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–5211. HOPKINS v. UNITED STATES. C. A. 7th
Cir. Certiorari denied.